# CHANCERY SENTINEL.

C. F. PAUL, Publisher.]    $1.00 PER ANNUM.    [O. L. BARBOUR, Reporter

**Vol. 6.]    Saratoga Springs, October 6, 1846.    [No. 6.**

## Court of Chancery.

## DECISIONS OF THE CHANCELLOR,
### OCTOBER 6, 1846.

*Benjamin H. Day* v. *Jacob Perkins et al.* W. SILLIMAN, for appellants; E. SANDFORD, for respondents. Decree appealed from affirmed with costs.

*John Watts Depeyster* v *Spencer Hildreth et al.* H. F. CLARK, for complainant; S. STEVENS, for defendants Suydam, Sage & Co. Application by judgment creditors of mortgagor, to open decree of foreclosure, denied with costs to be taxed.

*Amos Osborne* v *Elijah Mann et al.* W. F. ALLEN, for appellants; L. WALKER, for respondent. Order appealed from affirmed with costs, and proceedings remitted to vice chancellor. Defendants to put in their answer within twenty days.